OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1M
0001401652 JUL 27 2015

**7/20/2015**
**VASQUEZ, MATTHEW RAY** Tr. Ct. No. W09-60409-L (A)    WR-83,630-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

*RTS, Discharged*



MATTHEW RAY VASQUEZ
HUTCHINS UNIT - TDC # 1948977
1500 E. LANGDON RD.
DALLAS, TX 75241

U TF